**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| LUIS VERDECIA GUERRERO, | ) | CASE NO. 1:26-CV-00435 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | |
| | ) | |
| DIRECTOR, LOUISVILLE FIELD | ) | |
| OFFICE, U.S. CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

On February 20, 2026, Plaintiff Luis Verdecia Guerrero filed a complaint seeking a writ of mandamus and declaratory and injunctive relief ordering the United States Office and Immigration Services ("USCIS") to adjudicate his application for adjustment of status (Form I-485) based on the Cuban Adjustment Act.  (ECF No. 1).  Plaintiff named as Defendants Michael Zervas, Director of the Louisville Field Office of the USCIS; Kim Adams, Director of the Cleveland Field Office of the USCIS; Kristi Noem, Secretary of the United States Department of Homeland Security of the USCIS; Joseph B. Edlow, Director of the USCIS; and Pam Bondi, Attorney General of the United States.  (*Id.*).

Federal Civil Procedure Rule 4(m) provides that the plaintiff must serve the complaint on the named defendants in the manner set forth in Rule 4(c), (e), and (j) within 90 days after the complaint is filed.  Here, more than 90 days have passed since the filing of Plaintiff's complaint; proof of service of the complaint upon Defendants has not been provided to the Court as required by Rule 4(l)(1).  Rule 4(m) indicates that if service has not been perfected within 90 days, the Court must dismiss the action without prejudice or order that service be made within a specified period of time.

1

Plaintiff is therefore **ORDERED** to provide to the Court proof of service on Defendants in accordance with Rule 4(l)(1) by July 9, 2026.  Failure to comply with this Order will result in dismissal of this action without prejudice.

**IT IS SO ORDERED.**

**Dated: June 9, 2026**

**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**