`UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

LUIS VERDECIA GUERRERO,                )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )  PLAINTIFF'S NOTICE OF
                                       )  VOLUNTARY DISMISSAL
MICHAEL ZERVAS, Director,              )  OR, IN THE ALTERNATIVE,
Louisville Field Office, U.S.          )  MOTION TO VOLUNTARILY
Citizenship and Immigration            )  DISMISS PETITION FOR
Services,                              )  WRIT OF MANDAMUS
                                       )
          and                          )  CIVIL ACTION NO.
                                       )
KIM ADAMS, Director,                   )   A244 261 093
Cleveland Field Office, U.S.           )
Citizenship and Immigration            )
Services,                              )  AGENCY CASE NUMBER:
                                       )  MSC2590325839 (I-485)
          and                          )
                                       )
KRISTI NOEM, Secretary,                )  REQUEST FOR ORAL
U.S. Department of Homeland            )  ARGUMENT
Security, U.S. Citizenship and         )
Immigration Services,                  )
                                       )
          and                          )
                                       )
JOSEPH B. EDLOW, Director,             )
U.S. Citizenship and Immigration       )
Services,                              )
                                       )
          and                          )
                                       )
PAM BONDI, Attorney General of the     )
United States,                         )
                                       )
          Respondents.                 )

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: June 11, 2026